No. 80–5838. FERRELL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–5843. HINES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–5844. ZITEK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–5866. PROCA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–5867. VASQUEZ-MORALES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–1922. CENTRAL OF GEORGIA RAILROAD CO. v. HENDLEY. C. A. 5th Cir. Motion of National Railway Labor Conference for leave to file a brief as *amicus curiae* granted. Certiorari denied.